

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00309-CV

**IN THE INTEREST OF M.D.C.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2024EM500751
Honorable Eric J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: August 14, 2024

DISMISSED

By order dated July 3, 2024, appellant was instructed to show cause in writing by July 13, 2024, that either: (1) the $205.00 filing fee for this appeal had been paid; or (2) appellant was entitled to appeal without paying the filing fee. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant was advised that if appellant failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See id*. R. 5, 42.3(c). Appellant did not respond or pay the filing fee.

Additionally, on July 2, 2024, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without

paying the fee.  On July 3, 2024, this court ordered appellant to show cause in writing by July 13, 2024, why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.

Accordingly, the appeal is dismissed for failure to pay the filing fee and for want of prosecution.  *See id*. R. 37.3(b); 42.3(b), (c).

PER CURIAM